24009.00119/01/7828988.v1
**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**
**BY:** John P. Gonzales, Esquire
ID# 71265
1845 Walnut Street
Philadelphia, PA 19103
(215) 575-2871

---

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Luis Vega | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:CV-11-2015 |
| | : | |
| George Ripley, individually and | : | |
| In his capacity as a police officer | : | |
| For York City Police Department, | : | Judge Conner |
| City of York, City of York Police | : | |
| Department, and John Does 1-10 | : | **JURY TRIAL DEMANDED** |
| | **:** | |
|     Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, **John P. Gonzales**, do hereby certify that a true and correct copy of the Notice of Deposition Directed to Luis Vega, c/o Graham F. Baird, Esquire, was served upon all parties by first class mail on April 20, 2012 at the following addresses:

Graham F. Baird, Esquire
Weisberg Law, P.C.
7 South Morton Avenue
Morton, PA 19070-1707

Donald Hoyt, Esquire
Blakey, Yost, Bupp & Rausch, LLP
17 East Market Street
York, PA 17401

                                                MARSHALL, DENNEHEY, WARNER,
                                                COLEMAN AND GOGGIN

                              BY:   s/ John P. Gonzales
                                           JOHN P. GONZALES, ESQUIRE
                                           Attorney for Defendants City of York, and
                                           Detective George Ripley

DATE: April 20, 2012