**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LUIS VEGA**, | : | **CIVIL ACTION NO. 1:11-CV-2015** |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **GEORGE RIPLEY**, *et al.*, | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 28th day of September, 2012, upon consideration of plaintiff's motion for leave to file a sur-reply (Doc. 28), it is hereby ORDERED that said motion is GRANTED. Plaintiff may file a sur-reply within fourteen (14) days of the date of this order.

                                             S/ Christopher C. Conner
                                             CHRISTOPHER C. CONNER
                                             United States District Judge